STEVEN W. MYHRE
Acting United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:07-CR-0150-RCJ-RJJ |
| VS. | **VIOLATIONS:** |
| MARK DAVID CHANLEY, | 18 U.S.C. §2252A(a)(2) - Receipt of Child Pornography; |
| DEFENDANT. | 18 U.S.C. §2252A(a)(5)(B) - Possession of Child Pornography; |
| | 18 U.S.C. §2253 - Criminal Forfeiture |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Receipt of Child Pornography

From an unknown time to on or about May 1, 2007, in the State and Federal District of Nevada and elsewhere,

**MARK DAVID CHANLEY,**

defendant herein, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in interstate commerce and foreign commerce by any means including by computer; and material containing child pornography, as defined in Title 18, United States Code, Section 2256(8),

that had been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, and the defendant has a prior conviction under the laws of any State relating to aggravated sexual abuse, sexual abuse, and abusive sexual conduct involving a minor; to wit, sexual assault on a child, in violation of Colorado Revised Statutes § 18-3-405.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT TWO
Possession of Child Pornography

From an unknown time to on or about May 1, 2007, in the State and Federal District of Nevada,

**MARK DAVID CHANLEY,**

defendant herein, did knowingly possess any book, magazine, periodical, film, videotape, computer disk and any other material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in interstate and foreign commerce by any means including by computer, and that were produced using materials that had been mailed and shipped and transported in interstate and foreign commerce, by any means including by computer, and the defendant has a prior conviction under the laws of any State relating to aggravated sexual abuse, sexual abuse, and abusive sexual conduct involving a minor; to wit, sexual assault on a child, in violation of Colorado Revised Statutes § 18-3-405.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

. . .
. . .
. . .
. . .
. . .

## FORFEITURE ALLEGATION

As a result of committing the offenses in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(a)(5)(B), set forth above,

**MARK DAVID CHANLEY,**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253 (a)(3), all visual depictions described in Title 18, United States Code, Sections 2251, 2251A, and 2252, and all items containing such visual depictions, which were transported, shipped and received in violation of Title 18, United States Code, Section 2252A and all property, real and personal, used and intended to be used to commit and promote the commission of the afore stated offense, including but not limited to, the following properties: computer images, including movie files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained.

**DATED**: this 11th day of July 2007.

**A TRUE BILL:**

/s/
FOREPERSON OF THE GRAND JURY

STEVEN W. MYHRE
Acting United States Attorney

NANCY J. KOPPE
Assistant United States Attorney