UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:07-cr-0150-RCJ-RJJ |
| | ) | |
| v. | ) | |
| | ) | |
| MARK DAVID CHANLEY, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court for consideration is the Report and Recommendation of U.S. Magistrate Judge Robert J. Johnston, entered January 7, 2008. (#27.)  No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation of U.S. Magistrate Judge Robert J. Johnston, entered January 7, 2008, should be accepted.

IT IS THEREFORE ORDERED that Magistrate Judge Johnston's Report and Recommendation (#27) be affirmed and adopted, and the Defendant's Motion to Suppress (#20) be denied.

DATED: March 18, 2008

ROBERT C. JONES
United States District Judge

(eko)