## EXHIBIT LIST

Case No. 2:07-cr-00150-LDG-RJJ

UNITED STATES OF AMERICA v. MARK DAVID CHANLEY

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No.    Witness | DESCRIPTION |
|---|---|---|---|
| | | 1A-1E | Det. Gillis<br>Det. Branchini | Six printed out images of child pornography recovered during the search |
| | | 2 | Det. Gillis<br>Det. Branchini | A Compaq Armada laptop |
| | | 3A-3C | Det. Gillis | Three CDs, labeled BS2, BS6, and BS7. |
| | | 4 | Det. Gillis<br>Adam Chu | A Compaq server. |
| | | 4A | Det. Gillis<br>Adam Chu | A photo of the server set-up. |
| | | 5 | Det. Gillis<br>Det. Branchini | A generic computer |
| | | 6 | SA Gruninger<br>Adam Chu | A disc containing six videos found on the Compaq Armada |
| | | 7 | SA Gruninger<br>Adam Chu | A disc containing: a video and five images found on CD BS2; six images found on CD BS6; and a video found on CD BS7 |
| | | 8 | SA Gruninger<br>Adam Chu | A disc containing seven videos and three images found on the Compaq server |

EXHIBIT LIST

Case No. 2:07-cr-0150-RCJ-RJJ                                      Page 2 of 2 Pages

UNITED STATES OF AMERICA v. MARK DAVID CHANLEY

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 9 | SA Gruninger Adam Chu | A disc containing an image found on the generic computer |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |