FILED ___  RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

AUG 3 1 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>         )<br>        Plaintiff,  )<br>         )<br>   v.      )<br>         )<br>MARK DAVID CHANLEY,   )<br>         )<br>        Defendant.  ) | 2:07-CR-150-LDG (RJJ) |

### FINAL ORDER OF FORFEITURE

On May 25, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253(a)(1) and (a)(3), based upon the jury verdict finding defendant MARK DAVID CHANLEY guilty to the criminal offenses, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offenses to which defendant MARK DAVID CHANLEY was found guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 27, 2010 through June 25, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1   This Court finds no petitions are pending with regard to the assets named herein and the time
2   for presenting such petitions has expired.

3   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6   32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States
7   Code, Section 853(n)(7) and shall be disposed of according to law:

a) any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained; and

b) Compaq Server Proliant ML370;

c) Compaq Armada laptop computer, serial number 793CH820423;

d) Generic computer;

e) Print-outs of child pornography;

f) CDs marked "BS2," "BS6," and "BS7";

g) Nikon N2020 camera & equipment with case, serial number 5907120;

h) Nikon F3 Camera, serial number 1800550;

i) HP hard Drive, serial number 3CC08ZKT;

j) Compact Hard drive, serial number 3EV0MYR6;

k) Compact Hard drive, serial number 3CC0MA58;

l) Compact Hard drive, serial number 3CC0M8J;

m) Toshiba hard disc pack, miscellaneous floppy discs, and Quantum Compaq tape;

n) Dell Latitude Laptop, serial number CN-06P823-48155-27F-5666;

  o) FujiFilm E510 digital camera, serial number 44C08215;

  p) Six (6) CDRs;

  q) Forty-Seven (47) Floppy Discs;

  r) Thirteen (13) VHS Tapes;

  s) Forty-Three (43) CDs;

  t) Lexar Thumb drive, no serial number;

  u) IBM hard drive, serial number 25L2719;

  v) Compaq Server, no serial number;

  x) Digital Servers, serial numbers N172601YKW, N164400278, and CX62640009; and

  y) Computer, serial number 1001976001928.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __31__ day of __Aug.__, 2010.

_____
UNITED STATES DISTRICT JUDGE

3