# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>Plaintiff,<br><br>vs.<br><br>Chanley<br>Defendant. | District No.   2:07-CR-150-LDG-RJJ |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On October 18, 2010, this court received a transcript order dated October 15, 2010, requesting transcripts of a hearings held on February 5, 2008, March 23, 2009, November 17, 2009, December 21, 2009, and February 1, 2010, from Mr. Jason Carr, attorney for defendant, in which **portions** of the **hearings were sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed transcripts shall be unsealed by the Clerk for the limited purpose of providing a copy of the transcript as requested by Mr. Carr.

**IT IS FURTHER ORDERED** that the sealed transcripts shall thereafter be resealed by the Clerk, and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 21 day of October, 2010.

_____
Lloyd D. George
United States District Judge