**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK DAVID CHANLEY,<br><br>Defendant. | Case No.: 2:07-CR-150-LDG-RJJ<br><br>**Order granting request for extension of time to file response to Chalney's 28 U.S.C. § 2255 motion.** |

Based on the pending application of the Government, and good cause appearing,

IT IS THEREFORE ORDERED that the Government's deadline for responding to Defendant's 28 U.S.C. § 2255 motion is May 6, 2013.

DATED this 22 day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE

3