# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:07-cr-00150-LDG |
| v. | **ORDER** |
| MARK DAVID CHANLEY, | |
| Defendant. | |

For good cause shown,

THE COURT **ORDERS** that Defendant's Motion to Reinstate Stricken Document (#279) is DENIED.

DATED this __3__ day of March, 2016.

Lloyd D. George
United States District Judge