# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK DAVID CHANLEY,

    Defendant.

Case No. 2:07-cr-00150-LDG

**ORDER**

    Having read and considered the defendant's motion and the government's response, therefore,

    THE COURT **ORDERS** that Defendant's Motion to Void Judgment Due to "Lack of Subject-Matter Jurisdiction" (ECF No. 283) is DENIED.

DATED this 28 day of February, 2018.

_____
Lloyd D. George
United States District Judge