# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK DAVID CHANLEY,

    Defendant.

Case No. 2:07-cr-00150-LDG

**ORDER**

THE COURT **ORDERS** that Defendant's Motion for Writ (ECF No. 289) is DENIED;

THE COURT FURTHER **ORDERS** that Defendant's Objection and Demand for Reconsideration of Dismissal (ECF No. 288) is DENIED.

DATED this _12_ day of April, 2018.

_____
Lloyd D. George
United States District Judge