# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK DAVID CHANLEY,<br><br>    Defendant. | Case No. 2:07-cr-00150-LDG<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that defendant Mark David Chanley's successive Motion to Void Judgement Pursuant to Fed.R.Civ.Pro. 60(b)(4) (CM/ECF No. 301) is DENIED.

THE COURT **DENIES** a Certificate of Appealability.

DATED this __28__ day of October, 2019.

_____
Lloyd D. George
United States District Judge