# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK DAVID CHANLEY,

    Defendant.

Case No. 2:07-cr-00150-LDG

**ORDER**

For good cause shown,

THE COURT **ORDERS** that Defendant Mark David Chanley's Motion for Judgment on the Pleading (ECF No. 295) is DENIED;

THE COURT FURTHER **ORDERS** that Defendant Mark David Chanley's Request for Status (ECF No. 305) is DENIED.

DATED this 26 day of November, 2019.

Lloyd D. George
United States District Judge